**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 21-1133**

_____

JAMES E. PORCHIE,

        Plaintiff - Appellant,

    v.

ALERE TOXICOLOGY SERVICES, INC.,

        Defendant - Appellee.

_____

Appeal from the United States District Court for the Western District of Virginia, at Big Stone Gap.  James P. Jones, Senior District Judge.  (2:20-cv-00022-JPJ-PMS)

_____

Submitted:  March 15, 2022                      Decided:  March 31, 2022

_____

Before AGEE and HARRIS, Circuit Judges, and FLOYD, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

**ON BRIEF:**  Timothy W. McAfee, MCAFEE LAW FIRM, PLLC, Big Stone Gap, for Appellant.  Jason P. Bloom, HAYNES AND BOONE LLP, Dallas, Texas; R. Lucas Hobbs, Elizabeth Anne Bellamy, ELLIOTT LAWSON & MINOR, P.C., Bristol, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James E. Porchie appeals from the district court's order granting Defendant's Fed. R. Civ. P. 12(b)(6) motion and dismissing his amended civil action. Porchie confines his appeal to the dismissal of his negligence claim. We have reviewed the record and the parties' briefs and find no reversible error in the district court's determination that Porchie failed to state a claim under Virginia law for negligence based on his failure to plead actionable damages. Accordingly, we affirm the district court's order on this basis. *Porchie v. Alere Toxicology Servs., Inc.*, No. 2:20-cv-00022-JPJ-PMS (W.D. Va. Jan. 22, 2021). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*